# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM W. MANSIR and TERI M. MANSIR,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>AIR & LIQUID SYSTEMS CORPORATION (sued individually and as successor by merger to BUFFALO PUMPS, INC.); et al.,<br><br>　　　　　　　　　　Defendants. | CASE NO. 10cv2617-LAB (BGS)<br><br>**ORDER REMANDING CASE** |

Pursuant to the parties' joint motion, this case is remanded to the Superior Court for the State of California, San Diego County, from where it was removed.

**IT IS SO ORDERED**.

DATED: January 14, 2011

*/s/ Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge